## STATE OF MISSOURI, Respondent, v. J. W. BLEVINS, Appellant.

**St. Louis Court of Appeals, April 23, 1901.**

Criminal Law: CRIMINAL PROCEDURE: INDICTMENT: PROOF: STATUTORY CONSTRUCTION. Where an indictment for carrying a concealed weapon laid the offense in March, 1900, and the proof showed the offense was committed October 23, 1899, and the indictment was returned April 6, 1900, the offense was committed one year previous to the finding of the indictment and the conviction was proper under section 2535, Revised Statutes 1899.

Appeal from Greene Circuit Court.—*Hon. C. B. McAfee,* Judge.

AFFIRMED.

*L. O. Neider* for appellant.

GOODE, J.—This is an appeal from the conviction of the defendant for carrying a concealed weapon. There was plenty of evidence from which the jury might find that he had a pistol in his pocket, which he suddenly drew, brandished and threatened to shoot a man. It is insisted that because the indictment laid the offense in March, 1900, and the proof showed it was committed October 23, 1899, the conviction was erroneous. The indictment was returned the sixth day of April, 1900, and the offense was committed within one year previous to that date. This was sufficient. Sec. 2535, R. S. 1899; State v. Wilcoxen, 38 Mo. 370; State v. Hopper, 21 Mo. App. 510.

The judgment is affirmed. All concur.